The next matter on our calendar is Jill Meyer, M.D. v. New York State. The plaintiff is on submission. So, counsel, you're arguing against someone who declined to appear, so use your time well. Your Honor, may it please the court, Seth Rakosky for the defendants. I'll be brief. We believe the district court correctly granted summary judgment, and with my adversary not here, we would simply ask this court to affirm if it has no further questions. Good choice. Thank you. Thank you.